Form 5 - SUITABLE WITH MAILING                                              ida

**MICHELSTEIN & ASSOCIATES, PLLC**
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
MARK GOODHOPE

                                                    PLAINTIFF       index No. **15CV7320**
                          - vs -                                    Date Filed
                                                                    Office No.
THE OF NEW YORK, ETAL                                               Court Date.
                                                    DEFENDANT

          STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:

**ERIC GOLDKLANK** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **05TH** day of **OCTOBER, 2015** **1:17PM** at
     **C/O N.Y.C. POLICE DEPARTMENT 1 POLICE PLAZA, NARCOTICS ROOM 1100**
     **NEW YORK NY 10038**
I served the **SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES AND PROCEDURES OF JUDGE COLLEEN MCMAHON, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE JAMES L. COTT**
upon **CHRISTOPHER J. MCCORMACK**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **DET. (JOHN) ATKINS, CO-WORKER WHO REFUSED FULL NAME**
a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**    COLOR: **TAN**    HAIR: **BLACK**
APP.AGE: **45** APP. HT: **5/5** APP. WT: **150**
OTHER IDENTIFYING FEATURES

On **10/06/2015** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT**.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

Sworn to before me this
06TH day of OCTOBER, 2015

LISA M. HAGERMAN
Notary Public, State of New York
No. 01HA4967184
Qualified in NEW YORK
Commission Expires 08/02/2018

ERIC GOLDKLANK DCA LIC #1298914
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-MA-S-471773

P471773